No. 25-7199

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

PEDRO RIOS, JR., ET AL.,

*Plaintiffs-Appellees*,

v.

HRB DIGITAL, LLC, ET AL.,

*Defendants-Appellants*.

On Appeal from the United States District Court for the Northern District of California, Case No. 3:25-cv-03530-EMC
Hon. Edward M. Chen, United States District Judge

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Pursuant to Federal Rules of Appellate Procedure 26 and 27 and Circuit Rule 31-2.2(b), Defendants-Appellants HRB Digital, LLC and HRB Tax Group, Inc. respectfully move this Court for a 14-day extension of time to file their reply brief, to and including November 23, 2026.

1. Defendants-Appellants' reply brief was first due on October 9, 2026. On October 5, 2026, the Court granted Defendants-Appellants' streamlined request for an extension of time to file their reply brief. The reply brief is currently due on November 9, 2026.

2. Defendants-Appellants respectfully request a second extension of 14 days in which to file their reply brief, to and including Novem-

ber 23, 2026. *See* Fed. R. App. P. 26(a)(2)(C). As explained in the accompanying declaration of counsel, counsel have been diligent and this request is supported by substantial need.

3. Plaintiffs-Appellees do not oppose the requested extension.

## CONCLUSION

For the foregoing reasons, the Court should extend the time for Defendants-Appellants to file their reply brief to November 23, 2026.

Dated: October 29, 2026

Respectfully submitted,

/s/ *Archis A. Parasharami*

Archis A. Parasharami
Daniel E. Jones
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7160
archis.parasharami@skadden.com
daniel.jones@skadden.com

Stacey Gilman
BERKOWITZ OLIVER LLP
2600 Grand Boulevard
Suite 1200
Kansas City, MO 64108
Telephone: 816-561-7007
sgilman@berkowitzoliver.com

*Counsel for Defendants-Appellants HRB Digital, LLC and HRB Tax Group, Inc.*

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g), I hereby certify that this motion:

(i) complies with the type-volume limitation of Rule 27(d)(2) because it contains 164 words; and

(ii) complies with the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6) because it is prepared in 14-point Century Schoolbook font using Microsoft Word.

Dated: October 29, 2026

s/ *Archis A. Parasharami*
Archis A. Parasharami

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing motion on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system, which will serve all counsel of record.

Dated: October 29, 2026

s/ *Archis A. Parasharami*
Archis A. Parasharami